[988 NE2d 1285, 966 NYS2d 773]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL BELL, JR., Appellant.

Decided May 2, 2013

**APPEARANCES OF COUNSEL**

*Alex Smith*, Middletown, for appellant.

*Francis D. Phillips, II, District Attorney*, Middletown (*Andrew R. Kass* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified by reducing defendant's conviction of depraved indifference murder in the second degree to manslaughter in the second degree and remitting to County Court, Orange County, for resentencing and, as so modified, affirmed (*see People v Bussey*, 19 NY3d 231 [2012]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA.